468 A.2d 859

Sandusky, Appellant v. Plank.

Petition for Allowance of Appeal
Denied March 12, 1984.

Argued September 7, 1983. Susan Bolno, for appellant; Kevin Canavan, for appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.